# United States Court of Appeals for the Fifth Circuit

---

No. 23-10464
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

December 12, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Keidric Kei Von Brown,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CR-146-1

---

Before King, Haynes, and Graves, *Circuit Judges*.

Per Curiam:[*]

Keidric Kei Von Brown has appealed his conviction following a bench trial of possession of a machinegun. Brown asserts that the district court erred in permitting him to represent himself during the bench trial.

Criminal defendants have a Sixth Amendment right to counsel at critical stages of criminal proceedings against them. *See United States v.*

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10464

*Mesquiti*, 854 F.3d 267, 271 (5th Cir. 2017).  Defendants likewise have a right of self-representation.  *See Faretta v. California*, 422 U.S. 809, 813-14 (1975).

Our review is de novo.  *See Mesquiti*, 854 F.3d at 271.  Here, the record reflects that Brown's waiver of his right to counsel was clear and unequivocal, *see Faretta*, 422 U.S. at 813-14, and the district court ensured that the waiver was knowing and intelligent, *see Mesquiti*, 854 F.3d at 272-74; *United States v. Davis*, 269 F.3d 514, 518 (5th Cir. 2001).

The judgment is AFFIRMED.